**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXANDER AKSERT,<br><br>                   Petitioner,<br><br>     v.<br><br>ICE FIELD DIRECTOR,<br><br>                   Respondent. | Case No. EDCV 26-2378-RGK (AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS AND**<br><br>**RECOMMENDATIONS OF UNITED**<br><br>**STATES MAGISTRATE JUDGE**<br><br>**[AS MODIFIED]** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the attached Report and Recommendation of United States Magistrate Judge, to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

**IT IS ORDERED** that Judgment be entered granting the Petition, and (1) ordering Respondents to immediately release Petitioner

subject to the conditions of Petitioner's most recent order of supervision.

**IT IS FURTHER ORDERED** that Respondents file a status report within four (4) days confirming Petitioner's release from custody.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: May 28, 2026

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

2