JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| ALEXANDER AKSERT, | Case No. EDCV 26-2378-RGK (AS) |
|---|---|
| Petitioner, | **JUDGMENT** |
| v. | |
| ICE FIELD DIRECTOR, | |
| Respondent. | |

Pursuant to the Order [As Modified] Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is GRANTED.

DATED: May 28, 2026

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE